BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSE APOLINAR OLIVERA (CABN 279741)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3924
   FAX: (415) 436-7009
   E-mail: jose.olivera@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 15-219-JD |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING TO OCTOBER 11, 2017 AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| TWAVIDA PLUMMER, | |
| Defendant. | Date: August 30, 2017<br>Time: 9:30 a.m. |

    Ms. Plummer is charged in a 22 count indictment with wire fraud, in violation of 18 U.S.C. § 1343, filing false claims, in violation of 18 U.S.C. § 287, and aggravated identity theft, in violation of 18 U.S.C. § 1028A. She is not in custody. A status hearing in this case is set for August 30, 2017. The government has produced approximately 20,000 pages of discovery pursuant to a protective order.

    Defense counsel is currently reviewing the discovery provided for the government and the parties have been in active plea negotiations. The August 30, 2017 status hearing is only the second status hearing scheduled in this case. The parties have been in active plea discussions in this case and the government is currently evaluating a draft plea agreement that would resolve this case. The Government's review and decision regarding this potential resolution will not be complete by the August 30, 2017, hearing date. Therefore, the parties request the status hearing in this case be

continued to October 11, 2017 at 10:30 a.m. in the San Francisco courthouse to provide additional time for defense counsel to review the discovery provided by the government and for the government to review the draft plea agreement in this case.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, between August 23 and October 11, 2017. Time has already been excluded between May 12, 2017, the date of Ms. Plummer's initial appearance, and August 23, 2017 for the effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv). For that same reason, time should continue to be excluded as defense counsel continues reviewing voluminous discovery and the parties continue to pursue a resolution.

Thus, the parties request (1) this Court continue the August 30, 2017 status hearing to October 11, 2017; and (2) exclude time under the Speedy Trial Act from August 23, 2017 through October 11, 2017.

DATED: August 24, 2017
/s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

DATED: August 24, 2017
/s/
JOSE A. OLIVERA
Assistant United States Attorney

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby:

1. Continues the August 30, 2017 status hearing to October 11, 2017 at 10:30 a.m., in the San Francisco courthouse;

2. Finds good cause to exclude the time between August 23, 2017 and October 11, 2017 from the Speedy Trial Act for the effective preparation of counsel, taking into account due diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: ~~August 21, 2017~~
August 25, 2017

_____
HONORABLE JAMES DONATO
United States District Judge

*[APPROVED — Judge James Donato, United States District Court, Northern District of California]*

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME
*United States v. Plummer,* 15-219-JD