| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMTUH |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay St., Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |
| | Fax: (510) 637-3507 |

Counsel for Defendant
TWAVIDA PLUMMER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 15-219-JD |
|---|---|
| PLAINTIFF, | STIPULATION TO PERMIT TRAVEL; |
| v. | [PROPOSED] ORDER |
| TWAVIDA PLUMMER, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, and with the approval of Ms., Plummer's Pretrial Officer, Brad Wilson, that Ms. Plummer be permitted to travel to Gilbert, Arizona between September 22 and September 25, 2017 and stay with family members for the purpose of visiting her mother, subject to the conditions that she provide travel itinerary and contact information to her Pretrial Officer in advance of travel, that she be drug tested prior to leaving and upon return, and that she report as directed during the period of travel.

DATED: September 20, 2017                              /S/
                                                       JOHN PAUL REICHMUTH
                                                       Assistant Federal Public Defender
                                                       Counsel for Defendant PLUMMER

DATED: September 20, 2017         /S/
                                  JOSÉ APOLINAR OLIVERA
                                  Assistant United States Attorney

ORDER

Pursuant to the parties' Stipulation, it is hereby ORDERED that Ms. Plummer be permitted to travel to Gilbert, Arizona between September 22 and September 25, 2017 and stay with family members for the purpose of visiting her mother, subject to the conditions that she provide travel itinerary and contact information to her Pretrial Officer in advance of travel, that she be drug tested prior to leaving and upon return, and that she report as directed during the period of travel.

IT IS SO ORDERED.

DATED: 9/19/17                    _____
                                  HON. KANDIS A. WESTMORE
                                  United States Magistrate Judge