ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSE APOLINAR OLIVERA (CABN 279741)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3924
    FAX: (415) 436-7009
    jose.olivera@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TWAVIDA PLUMMER, <br><br> Defendant. | No. CR-15-00219-JD <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment.

Respectfully Submitted,

ALEX G. TSE
Acting United States Attorney

Dated: Jan 24, 2018

BARBARA J. VALLIERE
Chief, Criminal Division

Notice of Dismissal
CR 15-00219-JD

Leave is granted to the Government to dismiss the indictment.

Date: February 2, 2018

*IT IS SO ORDERED*
*Judge James Donato*

_____
HON. JAMES DONATO
United States District Judge